AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**FILED**

16 October 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

United States of America
v.
MOE THIDA LWIN

*Defendant(s)*

Case No. 3:26-mj-71359 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024 & April 20, 2026 in the county of San Francisco in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: 18 U.S.C. § 1425(a); | Attempted Procurement of Naturalization Contrary to Law |
| Count 2: 18 U.S.C. § 1015(a); and | False Statement Under Oath in any Matter Relating to Naturalization or Citizenship |
| Count 3: 18 U.S.C. § 611(a) | Unlawful Voting by an Alien. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI S/A Ian Sharma-Crawford

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

IAN SHARMA-CRAWFORD, FBI S/A
*Printed name and title*

Approved as to form October 16, 2026
SAUSA *Roger Dinh*

Sworn to before me by telephone.

Date: 10/16/2026

*Judge's signature*

City and state: San Francisco, CA

Hon. ALEX G. TSE, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION**
**FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Ian Sharma-Crawford, a Special Agent with the Federal Bureau of Investigation, having been duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure for an arrest warrant and criminal complaint charging MOE THIDA LWIN ("LWIN") with:

Count One: attempted procurement of naturalization contrary to law, in violation of 18 U.S.C. § 1425(a), occurring on or about April 20, 2026, in the Northern District of California and elsewhere;

Count Two: false statement under oath in any matter relating to naturalization or citizenship, in violation of 18 U.S.C. § 1015(a), occurring on or about April 20, 2026, in the Northern District of California and elsewhere; and

Count Three: unlawful voting by an alien, in violation of 18 U.S.C. § 611(a), occurring on or November 5, 2024, in the Northern District of California and elsewhere.

## SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Task Force Officers, Special Agents, and law enforcement officers) are referenced in this affidavit, such statements are described in sum and substance and in relevant part. Similarly, where

information contained in reports and other documents or records is referenced in this affidavit, such information is also described in sum and substance and in relevant part.

3. Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February 2023. I am currently assigned to the FBI San Francisco Division.

5. While assigned to FBI San Francisco, I have been substantially involved in investigations related to civil rights offenses, public corruption offenses, environmental crimes, violent crimes against children, and violent gangs. In order to become a Special Agent, I underwent approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics including writing affidavits for and executing search warrants, interviewing witnesses and subjects, conducting physical surveillance, working with informants, legal procedure and process, preparing subpoenas, analyzing the data received from search warrants and subpoenas, and substantive training on federal laws.

6. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). That is, I am empowered by statute to conduct investigations of—and to execute warrants and make arrests for—violations of federal law.

///

## APPLICABLE STATUTES

7. Under 18 U.S.C. § 1425(a), in relevant part, it is unlawful for any person to "knowingly procure[] or attempt[] to procure, contrary to law, the naturalization of any person, or documentary or other evidence of naturalization or of citizenship."

8. Under 18 U.S.C. § 1015(a), in relevant part, it is unlawful for any person to "knowingly make[] any false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens."

9. Under 18 U.S.C. § 611(a), in relevant part, it is "unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the United States office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner."

## STATEMENT OF PROBABLE CAUSE

10. Based on the information below, there is probable cause to believe that LWIN made false statements attempting to procure United States citizenship, in violation of both 18 U.S.C. §§ 1425(a) and 1015(a); and voted in a federal election while not a United States citizen, in violation of 18 U.S.C. § 611(a).

## BACKGROUND AND NATIONALITY

11. LWIN is currently a resident of San Francisco, California, and an alien in the United States and a Myanmar national.

12. On or about December 5, 2020, LWIN submitted a Form I-485, Application to Adjust Status ("I-485") to U.S. Citizenship and Immigration Services ("USCIS"). In the I-485,

LWIN stated, that her Country of Citizenship or Nationality is Myanmar and she signed and swore under penalty of perjury that the information in the I-485 was complete, true, and correct."

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

***Applicant's Signature***

**6.a.** Applicant's Signature (sign in ink)

**6.b.** Date of Signature (mm/dd/yyyy) 12/5/2020

13. On or about June 26, 2022, LWIN's legal status was adjusted to that of a Legal Permanent Resident ("LPR") of the United States.

**Voter Registration and Voting**

14. On or about January 19, 2023, LWIN submitted an electronic Driver License and ID Card Application to the California Department of Motor Vehicles ("DMV") and under the section "Voter Eligibility and Registration," LWIN's response for U.S. Citizen was marked "No."

15. On or about February 22, 2024, LWIN submitted a California Voter Registration/Pre-Registration Form, in which she marked in the box indicating, "I am a U.S. Citizen and a resident of California," and declared that "I am a U.S. citizen… [and] I understand that it is a crime to intentionally provide incorrect information on this form." Further, she declared "under penalty of perjury under the laws of the State of California that the information on this form is true and correct" and affixed her signature to the form.

**I swear or affirm that: – Juro o afirmo que:**

I am a **U.S. citizen** and a resident of California and **at least 16 years old**. I am not currently serving a state or federal prison term for the conviction of a felony. I am not currently found mentally incompetent to vote by a court. I understand that it is a crime to intentionally provide incorrect information on this form. I declare under penalty of perjury under the laws of the State of California that the information on this form is true and correct. – Yo soy un **ciudadano de los EE.UU.** y un residente de California y **de al menos 16 años de edad**. No estoy actualmente cumpliendo una condena en una prisión estatal o federal por cometer un delito. Actualmente no he sido declarado mentalmente incompetente para votar por un tribunal. Entiendo que es un crimen proporcionar intencionalmente información incorrecta en este formulario. Declaro bajo pena de perjurio, de acuerdo con las leyes del Estado de California, que la información de este formulario es verdadera y correcta.

X 02 / 22 / 2024

Signature – Firma Date Signed – Fecha de la firma Month – Mes Day – Dia Year – Año

16. On or about November 5, 2024, LWIN voted in the General Election, held with the purpose of electing, in part, a candidate for the office of United States President and Vice President, a candidate for Member of the United States Senate, and/or candidates for Member of the United States House of Representatives.

**Naturalization Application**

17. On or about April 20, 2026, LWIN submitted an Application for Naturalization (a Form "N-400") to USCIS. She signed the N-400 on or about April 13, 2026.

18. In the N-400 at Question 2.9, LWIN stated that her "Country of Citizenship or Nationality" was "Myanmar."

19. To the N-400's Question 9.1 of whether she has "ever claimed to be a U.S. Citizen (in writing or any other way)," LWIN marked "No."

20. To the N-400's Question 9.2 of whether she has "ever registered to vote or voted in any federal, state of local election in United States," LWIN marked "No."

///

///

///

///

21. LWIN submitted the N-400, signed and certified that all her responses on the N-400 were "complete, true, and correct" under penalty of perjury in Section 11.4.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application. I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

| 4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable) | Date of Signature (mm/dd/yyyy) |
|---|---|
| [signature] | 04 / 13 / 2026 |

22. LWIN has never been a U.S. Citizen or a Naturalized Citizen of the United States.

## CONCLUSION

23. Based on my training and experience, and the facts and circumstances set forth above, probable cause exists to believe that:

Count One: on or about April 20, 2026, in the Northern District of California and elsewhere, LWIN attempted to procure naturalization contrary to law, in violation of 18 U.S.C. § 1425(a);

Count Two: on or about April 20, 2026, in the Northern District of California and elsewhere, LWIN made a false statement under oath in any matter relating to naturalization or citizenship, in violation of 18 U.S.C. § 1015(a); and

Count Three: on or about November 5, 2024, in the Northern District of California and elsewhere, LWIN unlawfully voted while being an alien, in violation of 18 U.S.C. § 611(a).

24. Accordingly, I respectfully request that the Court issue a criminal complaint and warrant for her arrest.

25. I further request, in order to avoid LWIN from destroying evidence, fleeing, or otherwise impeding my investigation prior to the execution of the arrest warrant, and for the safety of agents and officers, that this affidavit, and the corresponding complaint and arrest warrant, be filed under seal until execution of the arrest warrant, except that copies should be made available to the United States Attorney's Office, the FBI, DHS, and other law enforcement agencies, including foreign law enforcement agencies, as necessary for use in investigation, prosecution, and extradition.

26. A sealing motion and proposed sealing order are submitted herewith for the Court's consideration.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

*/s/ Ian Sharma-Crawford*

IAN SHARMA-CRAWFORD
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 16 day of October 2026. This complaint and warrant are to be filed under seal.

HONORABLE ALEX G. TSE
United States Magistrate Judge